UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNIE DITTO,<br><br>    Petitioner,<br><br>    v.<br><br>UNKNOWN,<br><br>    Respondent. | No. 2:19-cv-00268 CKD P<br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

By order filed February 20, 2019, petitioner's motion seeking an extension of time to file a petition for writ of habeas corpus was denied without prejudice. ECF No. 5. Petitioner was granted thirty days to properly commence a habeas corpus action in this court by completing the form for filing a habeas corpus petition that was attached to the order. Petitioner was advised that his failure to comply with the order would result in a recommendation that this matter be dismissed. ECF No. 5 at 2. The thirty-day period has now expired, and petitioner has failed to comply with the court's order. Petitioner has filed nothing more than a series of motions without properly initiating a civil action. See ECF Nos. 7, 8.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court randomly assign this matter to a district court judge.

IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

1

1     These findings and recommendations are submitted to the United States District Judge
2 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
3 after being served with these findings and recommendations, petitioner may file written
4 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
5 Findings and Recommendations."  Petitioner is advised that failure to file objections within the
6 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
7 F.2d 1153 (9th Cir. 1991).

Dated:  April 5, 2019

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/ditt0268.fta.hab